IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-15-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FREEDMAN FARMS, INC., | ) | |
| and WILLIAM BARRY FREEDMAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the court on its own initiative upon filing by the parties of trial briefs detailing governing issues of law that determine, among other things, the government's jurisdiction to prosecute defendants. The trial briefs were filed in accordance with the court's briefing and scheduling calendar filed previously when the case was scheduled for trial in January, 2011. The trial has since been continued and is now scheduled to begin March 21, 2011, with proposed jury instructions and voir dire to be submitted to the court by March 7, 2011.

Having benefit of the now early trial briefs and several months until the commencement of trial in this matter, it appears to the undersigned that an expedited deadline for certain proposed jury instructions would help frame the issues and aid the court and parties in trial preparation. Therefore, the parties are now ORDERED to submit proposed jury instructions on those issues of law contained in the parties' trial briefs by **January 24, 2011**. The deadline for proposed jury instructions on all other matters, as well as proposed voir dire, is unaffected by this order and remains in place as set previously by the court in its order issued December 8, 2010.

SO ORDERED, this the 28th day of December, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge