IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-15-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| FREEDMAN FARMS, INC., ) | |
| and WILLIAM BARRY FREEDMAN, ) | |
| ) | |
| Defendants. ) | |

This matter comes before the court on motion of defendant Freedman Farms. Inc., for the court to utilize a jury questionnaire in the jury selection process (DE #107). In its discretion, having fully considered the motion and the government's response, the court DENIES said motion. This defendant may, if it so chooses, deem the proposed questionnaire its suggested voir dire, obviating need to make separate filing.

The court now takes opportunity as well to set firm deadline for submission of proposed voir dire and jury instructions, where previously set deadlines were effectively abrogated by multiple continuances. In reviewing the docket, the court notes that the government previously submitted proposed voir dire on October 29, 2010. Additionally, on January 24, 2011, the government submitted what appears to be a complete set of proposed jury instructions in response to the court's order, although the court requested only a proposed instruction on a narrow issue of law.

The court now ORDERS that the parties shall submit proposed voir dire and jury instructions no later than **June 13, 2011.** The government is permitted to supplement those previous filings mentioned by the court, should it find it appropriate to do so. On the other hand, if no submission by the government is timely received, the court will rely on the government's previous filings.

SO ORDERED, this the 11th day of May, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge