IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-15-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| FREEDMAN FARMS, INC., | ) | |
| and WILLIAM BARRY FREEDMAN, | ) | |
| | ) | |
| Defendants. | ) | |

The government's motion for revocation of pretrial release (DE # 137) is DENIED, but the government's alternative request for relief, made in open court, is GRANTED.

The conditions of pretrial release for defendant William Barry Freedman ("the defendant") are modified as follows:

A. Lisa Freedman, during the pendency of the case until a verdict is reached by the jury, will be the party responsible for directing actions of the following witnesses who are employees of Freedman Farms, Inc.:

    1) Julio Perez
    2) Maurice McLaurin
    3) Roger Worley
    4) Willard Gregory Johnson

The defendant is not to discuss with any of these witnesses the substantive facts of the case or their anticipated testimony.

B. The defendant will not receive phone calls by Roger Worley's attorney. Mr. Ramos, as an officer of the court, will make effort to contact the attorney and direct him away from contacting the defendant.

SO ORDERED, this, the 21st day of June, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge

_____
Lisa Freedman

_____
Defendant