IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-15-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| | ) | |
| WILLIAM BARRY FREEDMAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on defendant's emergency § 2255 motion and motion for bail (DE 300), sealed in part pursuant to separate order. The government is directed to file expedited response after May 9, 2013, but no later than May 16, 2013. In light of issues raised in separate motions by defendant, and in accordance with the court's ruling thereon, entered this date, the undersigned directs the government to the extent it refers in its anticipated response to matters now sealed, to file said response under seal. The government however also shall file a separate, redacted response on the public docket, given the public's right to access to public records.

SO ORDERED, this the 6th day of May, 2013.

LOUISE W. FLANAGAN
United States District Judge