UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-15-FL-2
No. 7:13-CV-92

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER GRANTING UNOPPOSED |
| v. ) | MOTION TO SUPPLEMENT MOTION TO |
| ) | DISMISS |
| WILLIAM BARRY FREEDMAN ) | |

THIS MATTER AROSE upon the *United States' Unopposed Motion to Supplement the Record for Its Motion to Dismiss.* For good cause shown and for the reasons stated in the Government's Motion, the Motion is hereby GRANTED.

IT IS SO ORDERED, this the 24th day of June, 2013.

_____
The Honorable Louise W. Flanagan
United States District Judge